# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| NICHOLAS FERA, JR., | : No. 103 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| BALDWIN BOROUGH, A | : |
| MUNICIPALITY, JOHN CONLEY, | : |
| MEMBER OF COUNCIL, DAVID | : |
| DEPRETIS, MEMBER OF COUNCIL, | : |
| MICHAEL DUCKER, MEMBER OF | : |
| COUNCIL, MICHAEL E. FETSKO, JR., | : |
| MEMBER OF COUNCIL, JOHN FERRIS, | : |
| JR., MEMBER OF COUNCIL, FRANCIS | : |
| SCOTT, MEMBER OF COUNCIL, | : |
| BALDWIN POLICE DEPARTMENT, | : |
| CHRISTOPHER T. KELLY, AN | : |
| INDIVIDUAL AND IN HIS OFFICIAL | : |
| CAPACITY OF CHIEF OF POLICE, | : |
| RESPODENTS | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.

    The Petitioner's Application for Leave to Withdraw as Counsel is **DENIED AS MOOT**.